USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
KANCHAN CHANDRA,

                        Plaintiff,

- against -

NEW YORK UNIVERSITY, NEW YORK UNIVERSITY IN ABU DHABI CORPORATION, PAULA ENGLAND, in her individual capacity, HERVE CRES, in his individual capacity, and JEFFREY TIMMONS, in his individual capacity,

                        Defendants.
----------------------------------------------------------------x

Case: 1:24-cv-03105 (VEC)(SDA)

**STIPULATION EXTENDING TIME TO ANSWER**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned that the time for defendants New York University and New York University in Abu Dhabi Corporation ("Defendants") to answer or otherwise move with regard to the complaint in the above-captioned action is extended through and including June 28, 2024;

**IT IS FUTHER STIPULATED AND AGREED,** that Defendants hereby waive all defenses relating to service of process;

**IT IS FURTHER STIPULATED AND AGREED,** that this Stipulation may be executed in counterparts and that an electronically transmitted or facsimile copy of this Stipulation shall be deemed an original.

Dated: Uniondale, New York
        May 20, 2024

| | |
|---|---|
| **CHARNY & WHEELER P.C.** | **CULLEN AND DYKMAN LLP** |
| By: _/s/ Nathaniel K. Charny_ | By: _/s/ Roxanne L. Tashjian_ |
|     Nathaniel K. Charny |     Roxanne L. Tashjian |
|     Attorneys for Plaintiff |     Attorneys for Defendants |

42 West Market Street  
Rhinebeck, New York 12572  
NCharny@charnywheeler.com

333 Earle Ovington Blvd., 2nd Floor  
Uniondale, New York 11553  
rtashjian@cullenllp.com

Application GRANTED.  The deadline for Defendants New York University and New York University in Abu Dhabi Corporation to answer or otherwise respond to the Complaint is extended to **Friday, June 28, 2024**.

SO ORDERED.

*[signature]*

5/20/2024

HON. VALERIE CAPRONI  
UNITED STATES DISTRICT JUDGE