USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KANCHAN CHANDRA,

                            Plaintiff,

- against -

NEW YORK UNIVERSITY, NEW YORK
UNIVERSITY IN ABU DHABI CORPORATION,
PAULA ENGLAND, in her individual capacity,
HERVE CRES, in his individual capacity, and
JEFFREY TIMMONS, in his individual capacity,

                            Defendants.
------------------------------------------------------------------X

Case: 1:24-cv-03105 (VEC)(SDA)

**STIPULATION OF SERVICE
AND TIME TO ANSWER**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned that service of the complaint on defendants Paula England, Herve Cres, and Jeffrey Timmons ("Defendants") is deemed complete as of May 21, 2024;

**IT IS FUTHER STIPULATED AND AGREED,** that Defendants hereby waive all defenses relating to service of process;

**IT IS FURTHER STIPULATED AND AGREED,** that the time for Defendants to answer or otherwise move with regard to the complaint in the above-captioned action is extended through and including June 28, 2024;

**IT IS FURTHER STIPULATED AND AGREED,** that this Stipulation may be executed in counterparts and that an electronically transmitted or facsimile copy of this Stipulation shall be deemed an original.

Dated: Uniondale, New York
        May 30, 2024

**CHARNY & WHEELER P.C.**

By: *Nathaniel K Charny*
    Nathaniel K. Charny
    Attorneys for Plaintiff
    42 West Market Street
    Rhinebeck, New York 12572

**CULLEN AND DYKMAN LLP**

By: *Roxanne L. Tashjian*
    Roxanne L. Tashjian
    Attorneys for Defendants
    333 Earle Ovington Blvd., 2nd Floor
    Uniondale, New York 11553

22061.2011 21062377v2

Application GRANTED. The deadline for Defendants England, Cres, and Timmons to answer or otherwise respond to the Complaint is extended to **Friday, June 28, 2024**.

SO ORDERED.

6/3/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE