UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
**KANCHAN CHANDRA,**

                      **Plaintiff,**

  - against -

**NEW YORK UNIVERSITY AND NEW YORK
UNIVERSITY IN ABU DHABI CORPORATION,
PAULA ENGLAND, in her individual capacity,
HERVE CRÈS, in his individual capacity, and
JEFFREY TIMMONS, in his individual capacity,**

                      **Defendants.**
-------------------------------------------------------------------X

Case No.:
1:24-cv-03105-VEC

NOTICE OF
<u>APPEARANCE</u>

      **PLEASE TAKE NOTICE** that the firm of CULLEN AND DYKMAN LLP has been retained in the above captioned action and the undersigned enters his appearance for defendants New York University and New York University in Abu Dhabi Corporation, Paula England, Herve Cres and Jeffrey Timmons, in the above captioned action and certifies that he is admitted to practice in this Court, and respectfully requests to be noticed through the CM/ECF system.

Dated: Uniondale, New York
       July 18, 2024

                                  **CULLEN AND DYKMAN LLP**

                          By: /s/ Ryan Soebke
                             Ryan Soebke
                             *Attorneys for Defendants*
                             333 Earle Ovington Boulevard
                             Uniondale, New York 11553
                             Phone: (516) 357-3700

**VIA ECF**
Nathaniel K. Charny
Charny & Wheeler P.C.
Attorneys for Plaintiff
42 West Market Street
Rhinebeck, New York 12572
Tel.: (845) 876-7500
Email: ncharny@charnywheeler.com