# Charny & Wheeler P.C.

Attorneys at Law

Nathaniel K. Charny (NY & NJ Bar)
ncharny@charnywheeler.com

Russell G. Wheeler
rwheeler@charnywheeler.com

H. Joseph Cronen
jcronen@charnywheeler.com

42 West Market Street
Rhinebeck, NY 12572
Tel: 845-876-7500
Fax: 845-876-7501

March 27, 2025

By ECF
Hon. Valerie E. Caproni
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York  10007

Re:     Chandra v. New York University, et al.
        Civil Action No. 1:24-cv-3105 (VEC)

Dear Judge Caproni:

This office represents Plaintiff Kanchan Chandra in the above matter.  I write on consent of all parties and counsel.

The parties are currently in the midst of document production and scheduling party depositions. While mediation was at first effort unsuccessful (ECF 31), the parties have just agreed that they would like to re-engage with Mediator Michael Grenert in an effort to settle this matter and avoid any further expenditures of time or resources pending such settlement efforts.  Mediator Grenert has in turn advised that he is agreeable to such work and that the Court needs to re-authorize his appointment.

Based on this, the parties request as follows:

(i)     Mediator Michael Grenert be re-appointed as mediator; and
(ii)    The case management plan be held in abeyance while the Parties engage with Mediator Grenert in an effort to resolve this matter in full.

The parties submit that a thirty-day period should be sufficient to exhaust the possibility of settlement.  Should settlement prove unsuccessful, the Mediator will so advise the Court and the parties will submit a revised case management plan.

Hon. Valerie E. Caproni
United States District Judge
March 27, 2025
Page 2


We thank the Court for its consideration of this proposal.

Respectfully submitted:

Nathaniel K. Charny

cc:      All Counsel of Record (by ECF)