```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
KANCHAN CHANDRA,                                               :
                                                               :
                              Plaintiff,                       :
                                                               :      24-CV-3105 (VEC)
              -against-                                        :
                                                               :      MEDIATION REFERRAL
                                                               :            ORDER
NEW YORK UNIVERSITY, NEW YORK                                  :
UNIVERSITY IN ABU DHABI                                        :
CORPORATION, PAULA ENGLAND, in her                             :
individual capacity, HERVÉ CRÈS, in his                        :
individual capacity, and JEFFREY TIMMONS, in                   :
his individual capacity,                                       :
                                                               :
                              Defendants.                      :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 18, 2024, this employment discrimination case was automatically referred to mediation after Defendants answered the Complaint, *see* Dkt. 29;

WHEREAS mediation before Michael Grenert did not successfully resolve any issue in this case, and on November 19, 2024, the Court entered a Civil Case Management Plan and Scheduling Order that governs the parties' discovery deadlines, *see* Dkts. 31, 39;

WHEREAS the fact discovery deadline is May 22, 2025, the expert discovery deadline is July 7, 2025, and the parties are scheduled to appear for a pretrial conference on May 23, 2025, at 10:00 A.M., *see* Dkt. 39; and

WHEREAS on March 27, 2025, Plaintiff filed a letter on consent of all parties requesting that the court re-appoint Michael Grenert as mediator and hold the Case Management Plan in abeyance while the parties engage in mediation, *see* Dkt. 40;

IT IS HEREBY ORDERED THAT this case is REFERRED for mediation to the Court-annexed Mediation Program.  The parties are hereby notified that Local Civil Rule 83.9 will govern the mediation and are directed to participate in the mediation in good faith.

The Court specifically requests that Mediator Michael Grenert, who has expertise in employment discrimination matters and familiarity with the parties in this case, be assigned.  The Court further advises that mediation should begin no later than Monday, April 7, 2025.

IT IS FURTHER ORDERED that the May 22, 2025 fact discovery deadline, the July 7, 2025 expert discovery deadline, and the pretrial conference scheduled for May 23, 2025, at 10:00 A.M. are ADJOURNED *sine die*.  The parties are directed to notify the Court no later than **one week** after the conclusion of all mediation whether they were able to settle this case.  If the parties do not settle, that notification to the Court should propose new dates for the completion of fact discovery, expert discovery, and the next pretrial conference.

**SO ORDERED.**

**Date:  March 28, 2025**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**