USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/20/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

KANCHAN CHANDRA,

                             Plaintiff,

            -against-

NEW YORK UNIVERSITY, NEW YORK
UNIVERSITY IN ABU DHABI
CORPORATION, PAULA ENGLAND, in her
individual capacity, HERVÉ CRÈS, in his
individual capacity, and JEFFREY TIMMONS, in
his individual capacity,

                            Defendants.

-------------------------------------------------------------- X

24-CV-3105 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

    WHEREAS on July 18, 2024, this employment discrimination case was automatically referred to mediation after Defendants answered the Complaint, *see* Dkt. 29;

    WHEREAS mediation before Michael Grenert did not successfully resolve any issue in this case, and on November 19, 2024, the Court entered a Civil Case Management Plan and Scheduling Order that governs the parties' discovery deadlines, *see* Dkts. 31, 39;

    WHEREAS on March 27, 2025, the parties requested that the court re-appoint Michael Grenert as mediator and hold the Case Management Plan in abeyance while the parties engage in mediation, *see* Dkt. 40;

    WHEREAS on March 28, 2025, the Court referred the parties to mediation before Mr. Grenert, adjourned the discovery deadlines in this action *sine die*, and directed the parties to notify the Court within one week after the conclusion of all mediation on the status of settlement, *see* Dkt. 41; and

WHEREAS the docket indicates that a mediation conference was last held on May 1, 2025, with an update on the status of mediation due by June 2, 2025, *see* Minute Entry, May 1, 2025;

IT IS HEREBY ORDERED that by **Tuesday, June 24, 2025**, the parties must submit a joint letter providing an update on the status of mediation.

**SO ORDERED.**

Date:  June 20, 2025
       New York, NY

**VALERIE CAPRONI**
**United States District Judge**