# Charny & Wheeler P.C.
## Attorneys at Law

Nathaniel K. Charny (NY & NJ Bar)
ncharny@charnywheeler.com

Russell G. Wheeler
rwheeler@charnywheeler.com

H. Joseph Cronen
jcronen@charnywheeler.com

42 West Market Street
Rhinebeck, NY 12572
Tel: 845-876-7500
Fax: 845-876-7501

June 24, 2025

By ECF
Hon. Valerie E. Caproni
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re: Chandra v. New York University, et al.
Civil Action No. 1:24-cv-3105 (VEC)

Dear Judge Caproni:

Further to the Court's instruction at ECF 42, the Parties write to advise the Court of the status of mediation and to request an additional stay until August 15, 2025 for a final effort at settlement prior to discovery.

Status of mediation. The parties exchanged settlement offers with the assistance of Mr. Grenert and made some progress towards a resolution. The Parties have agreed to assign this matter to JAMS Mediator Vivian Shelanski and have scheduled in person mediation at JAMS on August 1, 2025.

Request for an additional stay. The Parties request until August 15, 2025 to pursue full resolution, which would allow enough additional time to draft papers and file a stipulation of dismissal.

Thank you for your attention to this matter.

Respectfully Submitted:

Nathaniel K. Charny

cc: All Counsel of Record (by ECF)