Cullen | Dykman

Cullen and Dykman LLP
The Omni Building
333 Earle Ovington Blvd.
Uniondale, NY 11553
T: 516.357.3700
F: 516.357.3792

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _8/18/2025_

**Ryan Soebke**
Partner
Direct Dial: (516) 357-3784
Facsimile: (516) 357-3792
rsoebke@cullenllp.com



August 15, 2025

**VIA ECF**
Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

   **Re:**  <u>**Kanchan Chandra v. New York University et al. (Case No. 1:24-cv-03105)**</u>

Dear Judge Caproni:

  As the Court is aware, this firm represents defendants New York University, New York University in Abu Dhabi Corporation, Paula England, Herve Cres and Jeffrey Timmons ("Defendants") in the above-referenced matter. We write to provide the Court with a status update regarding the parties' recent mediation and continued settlement discussions.

  The parties made significant progress in their settlement negotiations during the August 1 mediation session and in the days since. The parties are making efforts to finalize their settlement terms and respectfully request an additional week to advise the court as to whether they have reached a settlement agreement in principle.

  Thank you for your attention to this matter.

             Respectfully yours,

             *Ryan Soebke*

             Ryan Soebke

Application GRANTED.  By **Monday, August 25, 2025**, the parties must file a joint letter advising the Court whether they have reached a settlement in principle or proposing a mutually-agreed to discovery schedule.

SO ORDERED.

8/18/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE