

**Cullen and Dykman LLP**
The Omni Building
333 Earle Ovington Blvd.
Uniondale, NY 11553
T: 516.357.3700
F: 516.357.3792

**Ryan Soebke**
Partner
Direct Dial: (516) 357-3784
Facsimile: (516) 357-3792
rsoebke@cullenllp.com

August 25, 2025

**VIA ECF**
Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

      Re: **Kanchan Chandra v. New York University et al. (Case No. 1:24-cv-03105)**

Dear Judge Caproni:

    As the Court is aware, this firm represents defendants New York University, New York University in Abu Dhabi Corporation, Paula England, Herve Cres and Jeffrey Timmons ("Defendants") in the above-referenced matter. We write to provide the Court with a status update regarding the parties' continued settlement discussions.

    The parties have reached an agreement on principle settlement terms and are working to finalize a settlement agreement to be executed by August 29, 2025. As such, the parties respectfully request a final extension until September 2, 2025 to confirm that they have executed a settlement agreement in this matter.

    Thank you for your attention to this matter.

                                                            Respectfully yours,

                                                            *Ryan Soebke*
                                                            Ryan Soebke